| | |
|---|---|
| 1 | DENISE BOURGEOIS HALEY |
| | ATTORNEY AT LAW 143709 |
| 2 | LAW OFFICES OF LAWRENCE D. ROHLFING |
| | 12631 EAST IMPERIAL HIGHWAY, SUITE C-115 |
| 3 | SANTA FE SPRINGS, CALIFORNIA  90670-4712 |
| 4 | TEL: 562/868-5886 |
| | FAX:  562/868-5491 |
| 5 | E-MAIL: rohlfing_office@msn.com |
| 6 | Attorney for plaintiff |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISON

| | | |
|---|---|---|
| LORENZO LUNA, | ) | Case No. CV 08-525 FFM |
| Plaintiff, | ) ) | [~~PROPOSED~~] ORDER DISMISSING CASE WITH PREJUDICE |
| vs. | ) ) | |
| MICHAEL J. ASTRUE, COMMISSIONER SOCIAL SECURITY, | ) ) ) ) | |
| Defendant | ) ) | |

Based upon the parties' Stipulation to Dismissal With Prejudice ("Stipulation"),

**IT IS ORDERED** that the above-captioned matter is dismissed pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, which dismissal is with prejudice, and subject to the terms and conditions of the Stipulation.

DATED: September 15, 2008

    ___/S/ FREDERICK F. MUMM_____
    FREDERICK F. MUMM
    UNITED STATES MAGISTRATE JUDGE

-1-